**Marquis Aurbach**
Scott A. Marquis, Esq.
Nevada Bar No. 6407
10001 Park Run Drive
Las Vegas, Nevada 89145
Telephone: (702) 382-0711
Facsimile: (702) 382-5816
smarquis@maclaw.com

Carmel, Milazzo & Feil, LLP
Ross David Carmel, Esq.
New York Bar No. 4686580
Pro Hac Vice Forthcoming
55 West 39th Street, 18th Floor
New York, NY 10018
rcarmel@cmdllf.com
Attorneys for Plaintiff Phillip Forman

**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEVADA**

| | |
|---|---|
| PHILLIP FORMAN, an individual,<br><br>          Plaintiff,<br><br>vs.<br><br>UNITED HEALTH PRODUCTS, INC., a Nevada domestic corporation; and DOUGLAS K. BEPLATE, an individual,<br><br>          Defendant. | Case Number:<br>2:19-cv-519-GMN-VCF<br><br>**STIPULATION AND ORDER FOR EXTENSION OF TIME TO FILE JOINT PRE-TRIAL ORDER**<br>**(FIRST REQUEST)** |

Plaintiff, Phillip Forman ("Dr. Forman" or "Plaintiff"), by and through his attorneys, the law firms of Marquis Aurbach and Carmel, Milazzo & Feil, LLP and Defendants United Health Products, Inc. ("UHP") and Douglas K. Beplate ("Beplate") (collectively referred to herein as the "Defendants), by and through their counsel of record, Frank H. Cofer III, Esq., of the law firm of Cofer & Geller, LLC, and Howard R. Birnbach, Attorney at Law, hereby stipulate as follows.

**SUMMARY OF RELIEF REQUESTED**

This stipulation is a request to extend the current deadline to file a joint pre-trial Order, as set forth in an Order of this Honorable Court, dated February 14, 2022. Currently, the joint pre-trial Order is due to be filed on March 7, 2022. The parties are respectfully requesting a two (2) week extension, such that the joint pre-trial Order be due on March 21, 2022.

MAC:15566-001 PTO Extension.docx 3/4/2022 1:41 PM

Pursuant to LR IA 6-1

> (a)   A motion or stipulation to extend time must state the reasons for the extension requested and must inform the court of all previous extensions of the subject deadline the court granted…A request made after the expiration of the specified period will not be granted unless the movant or attorney demonstrates that the failure to file the motion before the deadline expired was the result of excusable neglect.  Immediately below the title of the motion or stipulation there also must be a statement indicating whether it is the first, second, third, etc., requested extension, i.e.

**STIPULATION TO EXTEND TIME TO FILE MOTIONS**
**(First Request)**

*See*, LR IA 6-1

The parties therefore submit this stipulation to in order to request an extension of time within which to file a joint pre-trial Order in compliance with LR IA 6-1.

The joint pre-trial Order is currently due to be filed on March 7, 2022.  The parties are respectfully requesting an extension of two (2) weeks, bringing the new due date up to and including March 21, 2022.  The reasons for the instant request are as follows.  First, while some of the issues for trial have been simplified following this Honorable Court's Decision and Order on each parties' motion for summary judgment, there is still a complexity of factual matters with respect to claims which were not subjects of either motion for summary judgment, including which of the purported facts are legitimately contested or uncontested.  Accordingly, the parties respectfully submit that they require additional time to resolve these outstanding issues.

In addition, counsel for Plaintiff is currently negotiating trial dates for another matter which requires the coordination of multiple expert witnesses.  Counsel for Plaintiff is expected to have more clarity as to the expected trial date following the upcoming March 7, 2022 pre-trial conference for same matter.  It is respectfully submitted that counsel for Plaintiff will be in a better position to determine his availability for trial of this matter once scheduling for such other matter has been resolved.

MAC:15566-001 PTO Extension.docx 3/4/2022 1:41 PM

Finally, in recent days the parties have engaged in settlement negotiations. The undersigned believes that the brief extension sought may help facilitating same by 'keeping money on the table' which would otherwise go towards legal fees in preparing the pre-trial Order. Further, the undersigned believes that a settlement may be facilitated by reserving contentious issues required for the pre-trial Order until negotiations are no longer productive.

Accordingly, the parties respectfully request that the due date for the filing of the joint pre-trial Order be extended by two (2) weeks, from March 7, 2022 to March 21, 2022.

Dated this _4th___ day of March, 2022

**MARQUIS AURBACH**

By:/s/ Scott a. Marquis, Esq.
    Scott A. Marquis, Esq.
    Nevada Bar No. 6407
    10001 Park Run Drive
    Las Vegas, Nevada 89145

CARMEL, MILAZZO & FEIL, LLP
Michael D. Nacht, Esq.
(pro hac vice admitted)
55 West 39th St. 18th Floor
New York, New York 10018
Attorneys for Plaintiff Phillip Forman

Dated this _4th___ day of March, 2022

**COFER & GELLER, LLC**

By:/s/ Frank H. Cofer III Esq.
    Frank H. Cofer III, Esq.
    Nevada Bar No. 11362
    601 South Tenth Street
    Las Vegas, Nevada 89101

Howard R. Birnbach, Esq.
(pro hac vice admitted)
111 Great Neck, New York 11021

Attorneys for Defendants United Health Products, Inc. and Douglas K. Beplate

## ORDER

IT IS SO ORDERED:

_____
UNITED STATES MAGISTRATE JUDGE

DATED: 3-8-2022