**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

\*\*\*

PHILLIP FORMAN,

        Plaintiff(s),

v.

UNITED HEALTH PRODUCTS, INC., a Nevada domestic corporation; and DOUGLAS K. BEPLATE,

        Defendant(s).

2:19-cv-00519-CDS-VCF

**ORDER**

    Before the Court is plaintiff's request to extend the time to file the proposed stipulation and order for dismissal (ECF NO. 94).

    Accordingly,

    IT IS HEREBY ORDERED that plaintiff's request to extend the time to file the proposed stipulation and order for dismissal (ECF NO. 94), is GRANTED.

    IT IS FURTHER ORDERED that the parties must file the proposed stipulation and order for dismissal on or before June 9, 2023.

    DATED this 25th day of May 2023.

_____
CAM FERENBACH
UNITED STATES MAGISTRATE JUDGE