# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

\*\*\*

PHILLIP FORMAN,

        Plaintiff(s),

v.

UNITED HEALTH PRODUCTS, INC., a Nevada domestic corporation; and DOUGLAS K. BEPLATE,

        Defendant(s).

2:19-cv-00519-CDS-VCF

**ORDER**

    Before the Court is plaintiff's third request to extend the time to file the proposed stipulation and order for dismissal (ECF No. 98).

    Accordingly,

    IT IS HEREBY ORDERED that plaintiff's third request to extend the time to file the proposed stipulation and order for dismissal (ECF No. 98), is GRANTED.

    IT IS FURTHER ORDERED that the parties must file the proposed stipulation and order for dismissal on or before July 7, 2023.

    DATED this 23rd day of June 2023.

                                                CAM FERENBACH
                                                UNITED STATES MAGISTRATE JUDGE