**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

\*\*\*

PHILLIP FORMAN,

        Plaintiff(s),

v.

UNITED HEALTH PRODUCTS, INC., a Nevada domestic corporation; and
DOUGLAS K. BEPLATE,

        Defendant(s).

2:19-cv-00519-CDS-VCF

**ORDER**

    Before the Court is plaintiff's fourth request to extend the time to file the proposed stipulation and order for dismissal (ECF No. 100).

    Accordingly,

    IT IS HEREBY ORDERED that plaintiff's fourth request to extend the time to file the proposed stipulation and order for dismissal (ECF No. 100), is GRANTED.

    IT IS FURTHER ORDERED that the parties must file the proposed stipulation and order for dismissal on or before July 21, 2023.

    IT IS FURTHER ORDERED that a video status conference hearing is scheduled for 3:00 PM, July 28, 2023.

    IT IS FURTHER ORDERED that counsel/the parties must email the Courtroom Administrator, Tawnee Renfro at Tawnee_Renfro@nvd.uscourts.gov, with an email address to be used for the video conference hearing by July 27, 2023.

    IT IS ORDERED that the following Video Conference Instructions be adhered to as follows:

    INSTRUCTIONS FOR VIDEO CONFERENCE HEARING

Instructions to the scheduled hearings will be sent via email thirty (30) minutes prior to the hearing to the participants email provided to the Court.

- Log on to the call ten (10) minutes prior to the hearing time.
- Mute your sound prior to entering the hearing.
- Do not talk over one another.
- State your name prior to speaking for the record.
- Do not have others in the video screen or moving in the background.
- No recording of the hearing.
- No forwarding of any video conference invitations.
- Unauthorized users on the video conference will be removed.

DATED this 14th day of July 2023.

_____
CAM FERENBACH
UNITED STATES MAGISTRATE JUDGE