# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

\*\*\*

PHILLIP FORMAN,

    Plaintiff(s),

v.

UNITED HEALTH PRODUCTS, INC., a Nevada domestic corporation; and DOUGLAS K. BEPLATE,

    Defendant(s).

2:19-cv-00519-CDS-VCF

**ORDER**

Before the Court is plaintiff's sixth request to extend the time to file the proposed stipulation and order for dismissal (ECF No. 106).

Accordingly,

IT IS HEREBY ORDERED that plaintiff's sixth request to extend the time to file the proposed stipulation and order for dismissal (ECF No. 106), is GRANTED.

IT IS FURTHER ORDERED that the parties must file the proposed stipulation and order for dismissal on or before August 11, 2023.

DATED this 9th day of August 2023.

_____
CAM FERENBACH
UNITED STATES MAGISTRATE JUDGE

1