**Marquis Aurbach**
Scott A. Marquis, Esq.
Nevada Bar No. 6407
10001 Park Run Drive
Las Vegas, Nevada 89145
Telephone: (702) 382-0711
Facsimile: (702) 382-5816
smarquis@maclaw.com

Carmel, Milazzo & Feil, LLP
Ross David Carmel, Esq.
New York Bar No. 4686580
Pro Hac Vice Forthcoming
55 West 39th Street, 18th Floor
New York, NY 10018
rcarmel@cmdllf.com
Attorneys for Plaintiff Phillip Forman

# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| PHILLIP FORMAN, an individual, <br><br> Plaintiff <br><br> vs. <br><br> UNITED HEALTH PRODUCTS, INC., a Nevada domestic corporation; and DOUGLAS K. BEPLATE, an individual, <br><br> Defendant | Case Number: <br> 2:19-cv-00519-CDS-VCF <br><br> **STIPULATION AND ORDER FOR DISMISSAL WITHOUT PREJUDICE PURSUANT TO F.R.C.P. 41(a)(1)(A)(ii)** |

. . .

. . .

. . .

. . .

. . .

. . .

. . .

. . .

. . .

. . .

MAC:15566-001 5185746_1.docx

## STIPULATION AND ORDER FOR DISMISSAL WITHOUT PREJUDICE PURSUANT TO F.R.C.P. 41(A)(1)(A)(II)

IT IS HEREBY STIPULATED AND AGREED by and between the parties and/or their respective counsel(s):

1. The above-captioned action is dismissed without prejudice against the defendants, United Health Products, Inc. and Douglas K. Beplate, pursuant to the Federal Rules of Civil Procedure 41(a)(1)(A)(ii);

2. The Court retains jurisdiction to enforce the settlement entered into by the Parties for the settlement sum 1,850,000 shares of the common stock of United Health Products, Inc.

Dated this 10th day of August, 2023

**MARQUIS AURBACH**

By: /s/ Scott A. Marquis, Esq.
Scott A. Marquis, Esq.
Nevada Bar No. 6407
10001 Park Run Drive
Las Vegas, Nevada 89145

CARMEL, MILAZZO & FEIL, LLP
Ross David Carmel, Esq.
(pro hac vice admitted)
55 West 39th St. 18th Floor
New York, New York 10018
Attorneys for Plaintiff
Phillip Forman

Dated this 11th day of August, 2023

**HALL & EVANS LLC**

By: /s/ Adam Knecht, Esq.
Adam Knecht, Esq.
Nevada Bar No. 13166
1160 North Town Center Drive, Ste 330
Las Vegas, Nevada 89144

Attorneys for Defendants United Health Products, Inc. and Douglas K. Beplate

## ORDER

IT IS HEREBY ORDERED that the Stipulation and Order to Dismiss Without Prejudice all claims against United Health Products, Inc. and Douglas K. Beplate is granted. The Clerk of Court is kindly directed to close this case.

_____
UNITED STATES DISTRICT JUDGE
DATED: August 17, 2023

MAC:15566-001 5185746_1.docx

Submitted by:

MARQUIS AURBACH

By /s/ Scott A. Marquis, Esq.
    Scott A. Marquis, Esq.
    Nevada Bar No. 6407
    10001 Park Run Drive
    Las Vegas, Nevada 89145
    *Attorneys for Plaintiff Phillip Forman*

MAC:15566-001 5185746_1.docx